IN RE: KEVIN M NOLLEY  
     2672 HADLEY RD  
     LAPEER  484460000

Case No.: 12-33563-DOF  
Judge: DANIEL S. OPPERMAN

## CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S FINAL REPORT

    I hereby certify that on the date indicated below, a copy of the Chapter 13 Trustee's Final Report was mailed to the following by First Class Mail:

    KEVIN M NOLLEY  
    2672 HADLEY RD  
    LAPEER, MI  48446

    I hereby certify that on the date indicated below, a copy of the final report was filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Free Bankruptcy Evaluation<br>24725 West 12 Mile Road, #110<br>Southfield  MI 48034 | United States Trustee<br>211 West Fort Street Ste 700<br>Detroit MI  48226 |

DATED: 07/13/2018

/s/ TRACEE DENICOLO  
TRACEE DENICOLO  
Office of the Ch. 13 Standing Trustee - Carl L. Bekofske  
400 N. Saginaw St. Suite 331  
Flint, MI  48502  
(810)238-4675