UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Kevin Michael Nolley                    Case No.   12-33563-jda
                                        Chapter    13

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An Application for Payment from Unclaimed Funds was filed by Kevin Michael Nolley on December 1, 2023.  The Court's website contains instructions for completing an application and affidavit for payment of unclaimed funds. Because the application in this case does not contain proper documentation required by those instructions, therefore,

**IT IS ORDERED** that the Application for Payment of Unclaimed Funds filed by Kevin Michael Nolley on December 1, 2023, is hereby **DENIED**.

**Signed on January 8, 2024**



/s/ Joel D. Applebaum
**Joel D. Applebaum**
**United States Bankruptcy Judge**