Revised 7/2018

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: **Kevin Michael Nolley**
**2672 hadley Rd**
**Lapeer MI 48446**

Case No. **12-33563**
Chapter **13**

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, **Kevin Michael Nolley**, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of Court to remit to the applicant the sum of $ **4,696.08**, said funds having been deposited into the Treasury of the United States pursuant to an order of the court as unclaimed fund for **Kevin Michael Nolley**.

The applicant further states that:

1. (Indicate one of the following)

    **x** Applicant is the party requesting payment of the unclaimed fund named above and states that no other application for this unclaimed fund has been submitted by or at the request of the claimant.

    ____ Applicant is the duly authorized representative for the business or corporation named above as the claimant. Applicant has reviewed all records of the claimant and states that no other application for this claim has been submitted by or at the request of this claimant. An Affidavit of Claimant is attached and made part of this application.

    ____ Applicant is either a family member of the deceased claimant or a successor in interest to the individual or business named as the claimant. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicant's entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment of Unclaimed Funds

Respectfully submitted this **2nd** day of **February** / 20**24**

**Kevin Michael Nolley**
Name of Applicant

Signature of Applicant

**Kevin Michael Nolley**
Name and Title of Applicant

_____
Company Name

**2672 hadley Rd**
Street Address

**Lapeer MI 48446**
City and State

**313-512-5772**
Telephone number

_____
Tax Identification

XXX-XX- **1178**
Last 4 digits of Social Security Number

_____
Claim Number, if applicable

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Kevin Michael Nolley**
**2672 hadley Rd**
**Lapeer MI 48446**

Case No. 12-33563

Chapter 13

## AFFIDAVIT OF CLAIMANT

I, **Kevin Michael Nolley**, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address: **2672 hadley Rd**

**Lapeer MI 48446**

Phone number: 313-512-5772

Social security number XXX-XX- 1178          **Last 4 digits**

If claimant is a corporation, the federal tax ID number _____

1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 2/2/2024

_____
Signature of Claimant

Sworn to and Subscribed before me this
__2nd__ day of __February__ 20__24__

__Neal Piekarz__
NOTARY PUBLIC AT LARGE
STATE OF __Michigan__

[Notary Seal: NEAL PIEKARZ, NOTARY PUBLIC, LAPEER COUNTY]

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: **Kevin Michael Nolley**

Case No. **12-33563**
Chapter **13**

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

**Kevin Michael Nolley**

the sum of _Four Thousand Six Hundred and Ninety-Six Dollars and Eight Cents_ dollars ($ **4,696.08** ) of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Kevin Michael Nolley**

Case No. **12-33563**

Chapter **13**

## PROOF OF SERVICE OF APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

I, the undersigned, hereby certify that on the **2nd** day of **February** 20**24**, a copy of the Application for Payment From Unclaimed Funds by **Kevin Michael Nolley** was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn.: Civil Division-Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: **2/4/2024**

By: _/s/ Kevin Nolley_